USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EXELON GENERATION COMPANY, LLC,

                Petitioner,

      v.

EDF INC.,

                Respondent.

No. 20-CV-5501 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated during today's proceeding, Petitioner's motion is denied. The Clerk of Court is respectfully directed to close this case.

SO ORDERED.

Dated:    July 27, 2020
             New York, New York

_____
Ronnie Abrams
United States District Judge